IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT CRABLE, JR.,<br><br>    Defendant. | 4:25CR3043<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Toni Leija-Wilson to withdraw as counsel of record for Defendant, (Filing No. 24), is granted.

2) Defendant's newly retained counsel, Ryan Crnkovich, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Toni Leija-Wilson from any future ECF notifications herein.

Dated this 5th day of June, 2025.

              BY THE COURT:

              *s/ Jacqueline M. DeLuca*
              United States Magistrate Judge