Ron Hubbard
10684 US Highway 26
Bayard, NE 69334
ronhubb80@gmail.com

To Whom it May Concern,

I am writing this character letter in regards to Bob Crable Jr. I have known Bob for most of his life and have always found him to be a good friend, a good Dad to his children, and a hard worker.

Recently, I retired from our local Electrical Utility where I was the Manager of Operations. This is where I became aware of Bob's work ethic and good attitude. Bob is a very good mechanic and has a mobile truck repair service. When one of the trucks in our fleet was down, Bob always did everything he could to get them back on the road.

During a blizzard we had a few years ago, one of our Bucket Trucks was stuck in a snow drift and the serpentine belt broke. Bob scooped the snow out from underneath the truck, changed the belt, and returned the truck to our headquarters so we could continue to restore power to our customers. This was on a weekend, when he normally did not work.

I have always known Bob to be reliable, honest, and kind.

Thank you very much for your time.

Sincerely,
Ron Hubbard